STATE OF CONNECTICUT *v.* MARK T. WALL

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 643 (AC 12765), is denied.

*Richard E. Hayber*, in support of the petition.

*Leon F. Dalbec, Jr.*, assistant state's attorney, in opposition.

Decided June 17, 1996

ALEXANDER CISLO *v.* CITY OF SHELTON

The plaintiff's petition for certification for appeal from the Appellate Court, 40 Conn. App. 705 (AC 13249), is granted, limited to the following issue:

"Under the circumstances of this case, was the plaintiff entitled to indemnification under General Statutes § 53-39a?"

The Supreme Court docket number is SC 15451.

*Steven J. Errante*, in support of the petition.

*John H. Welch, Jr.*, and *Thomas J. Welch*, in opposition.

Decided June 17, 1996

MT. MAUMEE PARTNERSHIP *v.* ROGER PEET

The plaintiff's petition for certification for appeal from the Appellate Court, 40 Conn. App. 752 (AC 13741), is denied.

*Roger J. Frechette* and *Matthew E. Frechette*, in support of the petition.

*Jeffrey B. Sienkiewicz*, in opposition.

Decided June 17, 1996